| | | | | |
|---|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | | |
| CASE NUMBER | 02 C 9448 | DATE | 1/15/2003 | |
| CASE TITLE | Stephanie McCallum vs. Bank One | | | |

# United States District Court, Northern District of Illinois

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. It is plain from McCallum's own assertions that this action does attempt to relitigate matters that were addressed or could have been addressed in one or more of her earlier lawsuits, so that a dismissal of this action on claim preclusion grounds is appropriate. This Court so orders.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | JAN 15 2003 | 3 |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | docketing deputy initials | |
| ✓ | Mail AO 450 form. | 1/14/2003 | |
| | Copy to judge/magistrate judge. | date mailed notice | |
| SN | courtroom deputy's initials | SN mailing deputy initials | |

Date/time received in central Clerk's Office

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STEPHANIE P. McCALLUM, )
McCALLUM ESTATE, )
 )
        Plaintiff, )
 )
v. ) No. 02 C 9448
 )
BANK ONE, )
 )
        Defendant. )

DOCKETED
JAN 1 5 2003

## MEMORANDUM ORDER

Promptly after the assignment to this Court's calendar of this action, which had been removed by defendant Bank One, N.A. ("Bank One") from the Circuit Court of Cook County to this District Court, this Court issued a brief memorandum that (1) referred to numerous actions that had previously been filed by Stephanie McCallum or the McCallum Estate or both against Bank One and (2) raised the question whether one or more of those already-closed cases barred the current action under claim preclusion principles. McCallum and the Estate of McCallum were accordingly granted until January 23, 2003 to file a suitable explanation in that respect.

What McCallum has filed instead is a self-prepared Notice of Motion that asks this Court "to deny the request for removal" of this case as assertedly "not in accordance with the Federal Rules of Civil Proceedure [sic]." But that Notice goes on to say that various of the earlier cases that were referred to in this Court's earlier memorandum "were dismissed without a proper

chance to here [sic] the appeal of these cases" and, more significantly for present purposes, also goes on to state:

> Res judicata is obvious in these cases that have already been filed.

Despite McCallum's obvious lack of understanding of both procedure and substance (something that is not surprising on the part of a nonlawyer), her Notice has (perhaps inadvertently) confirmed the difficulty that this Court had anticipated in its earlier memorandum. It is plain from McCallum's own assertions that this action does attempt to relitigate matters that were addressed or could have been addressed in one or more of her earlier lawsuits, so that a dismissal of this action on claim preclusion grounds is appropriate. This Court so orders.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 13, 2003